JOHN MCKECHNIE ET AL. *v.* FRANK VANDEVER ET AL.
(9442)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued April 29—decision released May 21, 1991

*Charles A. Sherwood,* for the appellants-appellees (plaintiffs).

*Willa B. Perlmutter,* with whom was *Gary P. Sklaver,* for the appellee-appellant (defendant Union Trust Company).

PER CURIAM. The judgment is affirmed.